# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BILLY CUNNINGHAM § | |
| Individually and on behalf § | |
| of all those similarly situated § | CIVIL ACTION NO. 2:11-CV-00506 |
| § | |
| § | |
| v. § | |
| § | |
| CITY OF WILLS POINT, TEXAS § | |

## ORDER GRANTING JOINT MOTION APPROVING SEALED SETTLEMENT AGREEMENT

ON THIS DAY, the Court considered the Joint Motion for Order Approving Settlement Agreement ("Motion") of the parties. The Parties agreed to the terms set forth in the Sealed Settlement Agreement. The Court, after considering the Motion, the Sealed Agreement, reviewing the pleadings and other documents on file, is of the opinion that said Motion is meritorious and should be in all things be **GRANTED.**

IT IS THEREFORE **ORDERED,** that the Sealed Settlement Agreement in the above matter be approved as is.

**SIGNED this 17th day of July, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE