IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BILLY CUNNINGHAM** | § | |
| **Individually and on behalf** | § | |
| **of all those similarly situated** | § | **CIVIL ACTION NO. 2:11-CV-00506** |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CITY OF WILLS POINT, TEXAS** | § | |

### CERTIFICATE OF AUTHORITIZATION TO FILE EXHIBIT UNDER SEAL

On August 23, 2012, Plaintiff, Billy Cunningham, and Defendant, the City of Wills Point, Texas, filed their Joint Motion to File the Amended Exhibit Under Seal (Doc. 24), seeking to file the Amended Confidential Settlement Agreement under seal. Inadvertently, counsel for the City of Wills Point omitted a certificate of authorization to file the amended exhibit under seal. Accordingly, counsel submits this certificate of authorization pursuant to Local Rule CV-5(a)(7)(A).

### CERTIFICATE OF AUTHORIZATION

Local Rule CV-5(a)(7)(A) permits authorization if a motion to seal the document has been filed. The parties filed their Joint Motion for Leave to File the Amended Settlement Agreement under Seal on August 23, 2012. The parties request that this Court allow the Amended Exhibit to be filed under seal.

       Respectfully Submitted,


*/s/ William W. Krueger, III*
**WILLIAM W. KRUEGER, III**
State Bar No. 11740530
**McKAMIE KRUEGER, LLP**
2007 N. Collins Blvd. Suite #501
Richardson, Texas 75080
214-253-2600
214-253-2626 – Facsimile
bill@mckamiekrueger.com
**ATTORNEY FOR DEFENDANTS**

*/s/ William W. Hommel, Jr.*
**WILLIAM W. HOMMEL, JR.**
**William S. Hommel, Jr., P.C.**
1347 Dominion Plaza
Tyler, Texas 75703
903-596-7100
469-533-1618 - Facsimile
bhommel@hommelfirm.com
**ATTORNEY FOR PLAINTIFFS**