**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **BILLY CUNNINGHAM** | § | |
| **Individually and on behalf** | § | |
| **of all those similarly situated** | § | **CIVIL ACTION NO. 2:11-CV-00506** |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CITY OF WILLS POINT, TEXAS** | § | |

## AGREED ORDER TO SEAL THE AMENDED CONFIDENTIAL SETTLEMENT AGREEMENT

ON THIS DAY, the Court considered the Agreed Order to Seal the Amended Confidentiality Agreement (attached hereto and sealed as Exhibit "1") of the parties in this litigation.  The Parties agreed to terms set forth in the Sealed Amended Settlement Agreement (the "Agreement") as well as the sealed status of the document for this judicial review.  The Court, after considering the Agreed Order, the Sealed Amended Agreement, reviewing the pleadings and other documents on file, is of the opinion that said request and agreement is meritorious and should be in all things **GRANTED.**

**IT IS THEREFORE ORDERED,** that the Agreement remain, and continue to be, sealed from public scrutiny during the pendency of these proceedings.  Upon completion of the judicial review and this Court's decision with regard to the Agreement, said Agreement will be returned to Defense Counsel in its sealed state.

**SIGNED this 28th day of August, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

*/s/ William W. Hommel, Jr.*
**WILLIAM W. HOMMEL, JR.**
**William S. Hommel, Jr., P.C.**
1347 Dominion Plaza
Tyler, Texas 75703
903-596-7100
469-533-1618 - Facsimile
bhommel@hommelfirm.com
**ATTORNEY FOR PLAINTIFFS**


*/s/ William W. Krueger, III*
**WILLIAM W. KRUEGER, III**
State Bar No. 11740530
**McKAMIE KRUEGER, LLP**
2007 N. Collins Blvd. Suite #501
Richardson, Texas 75080
214-253-2600
214-253-2626 – Facsimile
bill@mckamiekrueger.com
**ATTORNEY FOR DEFENDANTS**